UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CHIDI JOACHIM EKE,<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>RUBEN GUERRERO, *et al.*,<br><br>　　　　　Defendants. | Case No. 2:25-cv-1236-JDP (P)<br><br>ORDER |

　　　　Defendants Ruben Guerrero, Milton Pham, and Nicole Monroe, officers with the Elk Grove Police Department, removed this action from Sacramento County Superior Court on April 30, 2025. ECF No. 1. Plaintiff is a state inmate proceeding pro se in this civil rights action, in which he alleges defendants committed varying constitutional violations. *Id.* at 90-117. This action appears to share a common set of facts with other cases currently pending in the Eastern District. Accordingly, I will direct defendants to file an explanation as to whether this case should be related to the other cases.

　　　　Plaintiff currently has three other actions pending in this district. First, *Chidi Joachim Eke v. State of California, et al.* ("*Eke I*"), E.D. Cal. Case No. 2:24-cv-1227-CKD. Therein, plaintiff alleges that Deputy District Attorney Chris Ore, Deputy District Attorney Stephanie Aarseth,

1

Deputy District Attorney Lauren Giles, Guerrero, Pham, Monroe, and Sacramento County Sheriff Jim Cooper violated his First, Fourth, Fifth, Six, Eighth, and Fourteenth Amendment rights. *Eke I*, ECF No. 29 at 5. His claims hinge on allegations that those defendants conducted an improper search and seizure of his personal property, unlawfully arrested him, prosecuted him, and detained him bail based on false charges. *Id.* at 6-18.

Next, *Chidi Eke v. Jim Cooper* ("*Eke II*"), E.D. Cal. Case No. 2:25-cv-1089-SCR, where plaintiff alleges that, following the illegal arrest addressed in *Eke I*, Sheriff Cooper unlawfully obtained plaintiff's DNA, and his personal property was unlawfully searched and seized. *Eke II*, ECF No. 1-2 at 2. He also contends that during his alleged unlawful detainment, he suffered cruel and unusual punishment. *Id.* at 3-4.

Third, *Chidi Eke v. Chris Ore, et al.* ("*Eke III*"), E.D. Cal. Case No. 2:25-cv-1091-AC. Plaintiff alleges that Ore, Giles, and the State of California violated his First, Fourth, Fifth, Sixth, and Fourteenth Amendment rights. *Eke III*, ECF No. 1 at 9-11. These allegations also relate to the allegedly false arrest and detainment that are outlined in *Eke I*.

Defendants in these cases believe that the cases involve the same parties and are based on the same set of claims, and that these cases should be related and consolidated. *See Eke I*, ECF No. 30; *Eke II*, ECF No. 3; *Eke III*, ECF No. 3.

In the current case, plaintiff alleges that Guerrero, Pham, and Monroe violated his First, Fourth, Fifth, Sixth, and Fourteenth Amendment rights when they conducted an illegal search and seizure of his personal property, arrested him, assisted in his prosecution, and detained him. ECF No. 1 at 102. These allegations appear to stem from the same set of facts underlying *Eke I*, *Eke II*, and *Eke III*. Yet, defendants in this case have not filed a notice of related cases. As such, I am ordering defendants to explain whether the current case should also be related to the other cases.

Accordingly, it is hereby ORDERED that within twenty-one days from the service of this order, defendants must file a response explaining whether the current case should be related to *Chidi Joachim Eke v. State of California, et al.*, E.D. Cal. Case No. 2:24-cv-1227-CKD, *Chidi Eke v. Jim Cooper*, E.D. Cal. Case No. 2:25-cv-1089-SCR, and *Chidi Eke v. Chris Ore, et al.*, E.D. Cal. Case No. 2:25-cv-1091-AC. Plaintiff may, if he chooses, file a response to defendants

filing within fourteen days.

IT IS SO ORDERED.

Dated:   June 12, 2025                                                                
JEREMY D. PETERSON
UNITED STATES MAGISTRATE JUDGE